IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES PORTER,

  Appellant,

v.

              Case No.  5D21-2621
              LT Case No. 2018-CF-005470-A-O

STATE OF FLORIDA,

  Appellee.

_____/

Decision filed May 31, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Luis Fernando Calderon, Judge.

Charles Porter, Milton, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

  AFFIRMED.


LAMBERT, C.J., COHEN and HARRIS, JJ., concur.